12/04 (AO243)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**

**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

Page 2

**FILED**

JUL 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| United States District Court | District OF COLUMBIA |
|---|---|

Name (under which you were convicted):
JAMES CHRISTOPHER ANDERSON

Docket or Case No.:

Place of Confinement:
BERTIE CORRECTIONAL INSTITUTE

Prisoner No.:
0468236

UNITED STATES OF AMERICA
UNITED STATES OF AMERICA
RUSSELL A. ELIASON
P.O. BOX 1708
GREENSBORO N.C.
27401

v.

COMPLAINT
MOTION

Case: 1:08-cv-01257
Assigned To : Unassigned
Assign. Date : 7/22/2008
Description: Habeas Corpus

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
U.S. DISTRICT COURT FOR N.C. MIDDLE DISTRICT IN GREENSBORO N.C.

(b) Criminal docket or case number (if you know): CV-00348-R A E

2. (a) Date of the judgment of conviction (if you know): 

(b) Date of sentencing: 

3. Length of sentence: 

4. Nature of crime (all counts): (8) COUNTS OF ARMED ROBBERY

5. (a) What was your plea? (Check one)

    (1) Not guilty ☐     (2) Guilty ☑     (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? 

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☑

**RECEIVED**

JUL - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Page 3

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ❑    No ☑

8.  Did you appeal from the judgment of conviction?    Yes ❑    No ☑

9.  If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ❑    No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

_____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☑    No ❑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: **N.C. SUPREME** _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

Page 4

(4) Nature of the proceeding: PETITION FOR PLAIN ERROR REVIEW

(5) Grounds raised: TRIAL COURT FAILURE TO ADVISE PETITIONER OF RIGHT TO APPEAL SENTENCE. TRIAL COURT FAILURE TO ADVISE POSSIBLE CONSECUTIVE SENTENCES.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐    No ✔

(7) Result: DENIED WITHOUT COMMENT

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: U.S. DISTRICT COURT N.C. MIDDLE DISTRICT

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: S 2254 COMPLAINT

(5) Grounds raised: SAME ABOVE

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐    No ✔

(7) Result: DENIED

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ✔    No ☐

(2) Second petition:    Yes ✔    No ☐

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: MISCARRIAGE OF JUSTICE WHEN DEFENDANTS IN A CONSPIRACY IGNORED COLORABLE JUDICIAL MISCONDUCT COMPLAINT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

TRIAL COURT FAILED TO ADVISE PETITIONER OF THE POSSIBILITY OF RECEIVING (3) CONSECUTIVE 5 TO 7 YEAR SENTENCES. PETITIONER HAD NO INDEPENDENT KNOWLEDGE OF CONSECUTIVE SENTENCES. PETITIONER'S CRIMINAL HISTORY CONSIST OF (1) FELONY CONVICTION FOR WORTHLESS CHECKS AND CORRESPONDING PROBATION VIOLATION. DEFENSE COUNSEL FAILED TO EXPLAIN CONSECUTIVE SENTENCES. PETITIONER WOULD HAVE NEVER PLED GUILTY IF HE HAD BEEN AWARE OF CONSECUTIVE SENTENCES.

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: 2254 APPEAL

Name and location of the court where the motion or petition was filed: 4TH CIRCUIT

_____

Page 6

Docket or case number (if you know): *08-G204*

Date of the court's decision: *JUNE 24, 2008*

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏    No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏    No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏    No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND TWO: *MISCARRIAGE OF JUSTICE WHEN DEFENDANTS IN A CONSPIRACY IGNORED COLORABLE JUDICIAL MISCONDUCT COMPLAINT*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*TRIAL COURT FAILED TO ADVISE PETITIONER OF RIGHT TO APPEAL SENTENCE. PETITIONER HAD NO INDEPENDENT KNOWLEGE OF RIGHT TO APPEAL SENTENCE. PETITIONER'S CRIMINAL HISTORY CONSIST OF (1) FELONY CONVICTION. DEFENSE COUNSEL FAILED TO ADVISE IN OPEN COURT OF RIGHT TO APPEAL SENTENCE. PETITIONER WOULD HAVE APPEALED CONSECUTIVE SENTENCES IF AWARE OF RIGHT.*

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: ____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **4TH CIRCUIT**

Docket or case number (if you know): **08-6204**

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____
_____
_____
_____

**GROUND THREE:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏    No ❏

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____
_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏    No ❏

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: __

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____
_____

**(b) Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction. did you raise this issue?

Yes ❏ No ❏

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion. petition  or application?

Yes ❏ No ❏

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion, petition. or application?

Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented. and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

_____

14. Do you have any motion. petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ❑   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

Page 12

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment. or on more than one indictment, in the same court and at the same time?     Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☐

(a) If so. give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion. petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐ No ☐

Page 13

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* MISCARRIAGE OF JUSTICE WHEN DIS-TRICT COURT IGNORED COLORABLE JUDICIAL MIS-CONDUCT COMPLAINT.

U.S. V. NEELY, 38 F.3D 458, 461 (9TH CIR.1994)(PER CURIAM)(COURT'S FAILURE TO ADVISE DEFENDANT THAT SENTENCES MIGHT RUN CONSECUTIVELY MANDATED EITHER VACATION OF PLEA OR MOD-IFICATION OF SENTENCE TO MAKE CONCURRENT.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: VACATE CONSECUTIVE
SENTENCES AND REMAND WITH INSTRUCTIONS TO
CONSOLIDATE INTO (1) 5 TO 7 YEAR SENTENCE

or any other relief to which movant may be entitled.


X PRO-SE
_____
Signature of Attorney (if any)


I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on JUNE
27, 2008 (month, date, year).


Executed (signed) on JUNE 27, 2008 (date).


X James C Anderson
_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

_____

_____


IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]
* * * * *