FILED
JUL 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James Christopher Anderson, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08 1257 |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent. ) | |

TRANSFER ORDER

This matter is before the Court on petitioner's motion to vacate sentence pursuant to 28 U.S.C. § 2255, which is accompanied by an application to proceed *in forma pauperis*. Section 2255(a) requires such motions to be filed in the sentencing court, which, in this case, is the United States District Court for the Middle District of North Carolina. Pet. at 1. *See Ojo v. Immigration & Naturalization Service*, 106 F.3d 680, 683 (5th Cir. 1997) (the sentencing court is the only court with jurisdiction to hear defendant's complaint regarding errors that occurred before or during sentencing). Accordingly, it is

ORDERED that pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Middle District of North Carolina. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge

Date: July 11, 2008